AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

RANDY BREWER,

      Plaintiff,

V.

STATE OF NEVADA, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:07-cv-00622-LRH-RAM**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that because Plaintiff's complaint fails to state a claim and cannot be cured by amendment, the action is DISMISSED with prejudice in its entirety.

  February 1, 2008                                  **LANCE S. WILSON**
                                                           Clerk

                                                           /s/ Kalani Lizares
                                                           Deputy Clerk