UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| RANDALL TODD BREWER, | ) |
| | ) |
| Plaintiff, | ) 3:07-cv-00622-LRH (RAM) |
| | ) |
| v. | ) |
| | ) O R D E R |
| HOWARD SKOLNIK, et al., | ) |
| | ) |
| Defendants. | ) |

The Court has considered the Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid, Jr. (#47) entered on February 11, 2009, in which the Magistrate Judge recommends that Plaintiff's Motion for Preliminary Injunction (Medical Emergency) (#20) be denied. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#47); therefore, Plaintiff's Motion for Preliminary Injunction (Medical Emergency) (#20) is DENIED.

IT IS SO ORDERED.

DATED this 10th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE