UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| RANDY BREWER, | ) | |
| | ) | |
| Plaintiff, | ) | 3:07-cv-00622-LRH-RAM |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| JAMES BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid, Jr. (#115[1]) entered on June 23, 2010, recommending granting Defendants' Motion for Summary Judgment (#68) filed on October 23, 2009. Plaintiff filed his Objection to Report and Recommendation by U.S. Magistrate Judge McQuaid (#116) on July 8, 2010. Defendants have not filed a response. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate

---

[1]Refers to court's docket number.

1  Judge's Report and Recommendation (#115) entered on June 23, 2010, should be adopted and
2  accepted.
3       IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation
4  (#115) entered on June 23, 2010, is adopted and accepted, and Defendant's Motion for Summary
5  Judgment (#68) is GRANTED.
6       IT IS SO ORDERED.
7       DATED this 23rd day of July, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2